UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| FIRESTONE FINANCIAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:23-cv-261 |
| | ) | |
| TATAR INC., ALEKSANDER TATAR, | ) | |
| ACA TRUCKING PARTNERS INC., | ) | |
| FIX AND TOW, INC., and | ) | |
| RADIVOJ SAVIC, | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION**

The court held a status conference [DE 33] on January 7, 2026. During the conference, the plaintiff, Firestone Financial, LLC, made an oral motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) as to all Defendants.

Because the Plaintiff requests to dismiss without prejudice and no defendant has filed an answer or motion for summary judgment, the court hereby **RECOMMENDS** that the District Court **DISMISS and CLOSE this case**.

This Report and Recommendation is submitted pursuant to 28 U.S.C. § 636(b)(1)(C). Pursuant to 28 U.S.C. § 636(b)(1), the parties shall have fourteen days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court. The failure to file a timely objection will result in waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals. *Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *The Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-261 (7th Cir. 1989); *Lebovitz v. Miller*, 856 F.2d 902, 905 n.2 (7th Cir. 1988).

ENTERED this 7th day of January, 2026.

/s/ Andrew P. Rodovich
United States Magistrate Judge