UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

FIRESTONE FINANCIAL, LLC,

    Plaintiff,

    v.                                                                    Case No. 2:23-CV-261-GSL-APR

TATAR INC., et al.,

    Defendants.

## ORDER

This matter is before the Court on Magistrate Judge Andrew P. Rodovich's *sua sponte* report and recommendation entered on January 7, 2026. [DE 34]. For the reasons explained in the report, Judge Rodovich recommends that the District Court dismiss and close this case.

Over fourteen days have passed without any objections being filed, so the Court reviews the report and recommendation for clear error. *See* Fed. R. Civ. P. 72(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." (citations omitted)). The Court has reviewed the report and recommendation and finds no clear error.

Accordingly, the Court **ADOPTS** Judge Rodovich's report and recommendation in full and orders that the case be **DISMISSED** without prejudice and **CLOSED**.

SO ORDERED.

ENTERED: January 23, 2026

/s/ GRETCHEN S. LUND
Judge
United States District Court